# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEBORAH ROSENBERG, BARBARA ROSENBERG,** and
**LAWRENCE ROSENBERG**
Appellants,

v.

**SIDNEY SILVER** and **JUDITH SILVER,**
Appellees.

No. 4D18-3385

[October 31, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 502017CA010063XXXXMB.

Joshua S. Widlansky of Padula Bennardo Levine, LLP, Boca Raton, for appellants.

Michael P. Reitzell of Michael P. Reitzell, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***